UNITED STATES v. KILPATRICK BROS. CO. (Circuit Court of Appeals, Eighth Circuit. January 3, 1919.) No. 5152. In Error to the District Court of the United States for the District of Nebraska. Thomas S. Allen, U. S. Atty., of Lincoln, Neb. Hazlett & Jack, of Beatrice, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for plaintiff in error.

———

UNITED ZINC & CHEMICAL CO. v. VAN BRITT et al. (Circuit Court of Appeals, Eighth Circuit. January 29, 1919.) No. 5239. In Error to the District Court of the United States for the District of Kansas. Ashley & Gilbert, of Kansas City, Mo., for plaintiff in error. Fred Robertson, of Kansas City, Kan., and F. J. Oyler, of Iola, Kan., for defendants in error.

PER CURIAM. Writ of error dismissed, with costs, on motion of defendants in error.

———

UTAH COPPER CO. v. KERN. (Circuit Court of Appeals, Eighth Circuit. January 9, 1919.) No. 5322. In Error to the District Court of the United States for the District of Utah. Van Cott, Riter & Farnsworth, of Salt Lake City, Utah, for plaintiff in error. Thomas Marioneaux and Stott & Warner, all of Salt Lake City, Utah, for defendant in error.

PER CURIAM. Writ of error dismissed, with costs, per stipulation of parties.

———

WATERS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 17, 1919.) No. 5363. In Error to the District Court of the United States for the Western District of Oklahoma. William H. England, of Ponca City, Okl., for plaintiff in error. John A. Fain, U. S. Atty., of Lawton, Okl.

PER CURIAM. Cause docketed, and writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi).